**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 98-2100**

———

EMMETT JOHNSON JAFARI,

                                    Plaintiff - Appellant,

      versus

CITY OF RICHMOND, Municipal Corporation,
Authorized Agents and Representatives Thereof,

                                    Defendant - Appellee.

———

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-97-830)

———

Submitted: October 20, 1998       Decided: November 13, 1998

———

Before NIEMEYER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———

Affirmed by unpublished per curiam opinion.

———

Emmett Johnson Jafari, Appellant Pro Se. Beverly Agee Burton, Assistant City Attorney, Keith Allen May, CITY ATTORNEY'S OFFICE, Richmond, Virginia, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant Emmett Jafari appeals the district court's order granting summary judgment to the City of Richmond and denying his own motion for summary judgment in his civil action against the City of Richmond concerning the City's termination of his employment as a security manager. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Jafari v. City of Richmond, No. CA-97-830 (E.D. Va. June 24, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2